AO 455 (Rev. 5/85) Waiver of Indictment

| FILED | LODGED |
|---|---|
| RECEIVED | COPY |

FEB 11 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# United States District Court

DISTRICT OF ARIZONA

United States of America

v.

**Rocco George Delia**

**WAIVER OF INDICTMENT**

CR10-00298-001-TUC-CKJ(JCG)
WI 10-0015-CKJ

I, **Rocco George Delia,** the above named defendant, who is accused of

*Possession with the Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/11/10__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Rocco George Delia
Defendant

_____
Nathan D. Leonardo
Attorney for Defendant

Before _____
Judicial Officer