CKJ

FEB 10 2010

1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   ROBERT A. FELLRATH
3  Assistant United States Attorney
   Evo A. Deconcini U.S. Courthouse
4  405 West Congress, Suite 4800
   Tucson, Arizona 85701-5040
5  Telephone: 520-620-7300
   robert.fellrath@usdoj.gov
6  Attorneys for Plaintiff

_____ FILED   _____ LODGED
_____ RECEIVED   _____ COPY

FEB 11 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF ARIZONA**

9
10  **United States of America,**            )   CR10-00298-001-TUC-CKJ (JCG)
                                             )
        **Plaintiff,**                       )   **I N F O R M A T I O N**
11                                           )
                                             )
12          **vs.**                          )   **Violation: 21 U.S.C. §841(a)(1);**
                                             )   **21 U.S.C. §841(b)(1)(B)(vii)**
13  **Rocco George Delia,**                  )
                                             )   **(Possession with Intent to Distribute**
14          **Defendant.**                   )   **Marijuana)**
                                             )
15  _____)   **FELONY**

16  **THE UNITED STATES ATTORNEY CHARGES:**

17        On or about  November 26, 2008, at or near Lukeville, in the District of Arizona,

18  ROCCO GEORGE DELIA, did knowingly and intentionally possess with intent to distribute

    100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 607
19
    kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United
20
    States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).
21

22

23                                           DENNIS K. BURKE
                                             United States Attorney
24                                           District of Arizona

25

                                             ROBERT A. FELLRATH
26                                           Assistant U.S. Attorney