Petition12C – Rev. 11/14



UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

T-SEALED

| | | | |
|---|---|---|---|
| Name of Offender: | **Rocco George Delia** | Case No.: | **CR-10-00298-001-TUC-CKJ (JCG)** |
| Name of Judicial Officer: | **The Honorable Cindy K. Jorgenson**<br>**Senior United States District Judge** | | |
| Date of Original Sentence: | **10/28/2010** | | |
| Original Offense: | **Count 1: Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii), a Class B Felony** | | |
| Original Sentence: | **60 months Bureau of Prisons, 48 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **3/11/2015** |
| | | Date Supervision Expires: | **3/10/2019** |
| Assistant U.S. Attorney: | **Robert A. Fellrath - Inactive**<br>**520-620-7473** | Defense Attorney: | **Nathan Donlon Leonardo**<br>**520-314-4125** |

Petitioning the Court to issue a Warrant.

The probation officer alleges Rocco George Delia has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #3** which states, "You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court." |
| | 1) On or about October 2, 2017, Rocco Delia unlawfully used methamphetamine, a controlled substance. This is evidenced by a positive urinalysis test, a signed admission form by Rocco Delia, and testimony of the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B). |

cc: USM, AUSA, USPO-     Copies Distributed

Page 2
RE: Rocco George Delia
Petition to Revoke
July 3, 2018

        2) On or about October 13, 2017, Rocco Delia unlawfully used methamphetamine, a controlled substance. This is evidenced by a positive urinalysis test, a signed admission form by Rocco Delia, and testimony of the probation officer. Grade C violation. USSG §7B1.1(a)(3)(B).

B     **Special Condition #1** which states, "You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer."

    On November 20, 2017, February 2, March 9, March 19, May 3, May 8, May 23, and June 20, 2018, Rocco Delia failed to submit to required urinalysis testing at Behavioral Systems Southwest. This is evidenced by noncompliance reports and email communication from Behavioral Systems Southwest. Grade C violation. USSG §7B1.1(a)(3)(B). Revocation is mandatory pursuant to 18 U.S.C. § 3583(g)(3).

**U.S. Probation Officer Recommendation and Justification**

Rocco George Delia has violated the trust of the Court. A warrant is recommended as Rocco George Delia will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_Haylee Campbell_                               7/3/2018
Haylee Campbell                                   Date
U.S. Probation Officer
Office: 602-322-7464
Cell: 602-376-5637

_James Gallagher_                              7/3/2018
James D. Gallagher                            Date
Supervisory U.S. Probation Officer
Office: 602-322-7420
Cell: 520-869-9354

The Court Orders

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_____  _____7-9-18_____
The Honorable Cindy K. Jorgenson   Date
Senior United States District Judge