IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>  v.<br><br>Rocco George Delia | No.  CR-10-00298-001-TUC-CKJ (BGM)<br><br>JUDGMENT AND COMMITMENT<br>REVOCATION OF SUPERVISED RELEASE<br><br>Nathan Donlon Leonardo (CJA)<br>Attorney for Defendant |

USM#: 94083-208

On October 28, 2010 the defendant, present with counsel, appeared for sentencing for violating, Title 21, U.S.C., §841(a)(1) and Title 21, U.S.C., §841(b)(1)(B)(vii): Possession with Intent to Distribute Marijuana, Class B Felony offense, as charged in the Information.

> The defendant was sentenced to a term of **SIXTY (60) MONTHS** imprisonment and upon release, **FORTY-EIGHT (48) MONTHS** of supervised release to follow.

On July 9, 2018 the United States Probation Office filed a petition to revoke the term of supervised release.

On September 6, 2018 the defendant appeared with counsel and admitted allegations A and B as reflected in the petition to revoke filed in this matter.  The matter now comes on for disposition.

**IT IS ORDERED** the term of supervised release imposed on October 28, 2010 is hereby **REVOKED,** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**, with no term of supervised release to follow.

**THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court affirms any previous order imposing special assessment, fine, or restitution in this case.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Tuesday, October 30, 2018**

Dated this 30th day of October, 2018.

_____
Honorable Cindy K. Jorgenson
United States District Judge